## United States District Court for the Northern District of Illinois

Case Number: 08CV3014    Assigned/Issued By: J. N.

Judge Name: ZAGEL    Designated Magistrate Judge: KEYS

---

### FEE INFORMATION

Amount Due:   [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350    Receipt #: 2802286

Date Payment Rec'd: 5-23-08    Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

1  Original and  0  copies on  5-23-08  as to  DEFENDANT
                                (Date)

---